MEMORANDUM ENDORSEMENT

<u>Sander v. Enerco Group, Inc., incorrectly sued as Mr. Heater Electric Space Heater Manufacture,</u>
21 CV 10684 (VB)

       Plaintiff, proceeding <u>pro se</u>, brings this products liability action against Enerco Group, Inc., incorrectly sued as Mr. Heater Electric Space Heater Manufacture.

       Defendant moved to dismiss the second amended complaint on June 9, 2022. (Doc. #17).

       On June 29, 2022, the Court granted plaintiff an extension of time to respond to the second amended complaint. (Doc. #21). Specifically, the Court directed plaintiff to inform the Court whether she intended to file a third amended complaint in response to the motion to dismiss or would rely on the complaint that was the subject of the motion to dismiss. (<u>Id.</u>).

       On July 7, 2022, the Court received plaintiff's opposition to defendant's motion to dismiss her second amended complaint. (Doc. #22). The Court construes this as an indication that plaintiff will rely on the second amended complaint and will not file a third amended complaint.

       Following defendant's filing of a reply, if any, its motion to dismiss will be decided in due course.

       Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: July 8, 2022
       White Plains, NY

SO ORDERED:

_[signature]_

Vincent L. Briccetti
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/22

Copies Mailed/Faxed 7/8/22
Chambers of Vincent L. Briccetti  OK