**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
R.M. SANDER,

                        Plaintiff,
   -against-                                        21 **CIVIL** 10684 (VB)

                                                                     **JUDGMENT**

ENERCO GROUP, INC. (incorrectly sued herein
as "Mr. Heater Electric Space Heater Manufacture"),

                       Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 6, 2023, the motion to dismiss is GRANTED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

       February 7, 2023

                                                                     **RUBY J. KRAJICK**

                                                               _____
                                                                       **Clerk of Court**

                                             **BY:**      *K. Mango*

                                                                     _____
                                                                       **Deputy Clerk**